UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-three,

Before:	Dennis Jacobs,
	Richard J. Sullivan,
	Joseph F. Bianco,
		*Circuit Judges*.

_____

| | |
|---|---|
| Derek Cook, Chad Edwards, Brian Latulipe, Anson Edwards, Bryan Herne, Kaientanoron L. Swamp, | **ORDER**<br>Docket No. 16-4107(L),<br>19-3773(CON), 19-3790(CON),<br>19-3807(CON), 19-3813(CON),<br>19-3899(CON) |
| Petitioners - Appellants, | |
| v, | |
| United States of America, | |
| Respondent - Appellee. | |

_____

Derek Cook, Chad Edwards, Brian Latulipe, Anson Edwards, Bryan Herne, Kaientanoron L. Swamp having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court