# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand twenty-four.

Present:
        DEBRA ANN LIVINGSTON,
           *Chief Judge,*
        RAYMOND J. LOHIER, JR.,
        RICHARD J. SULLIVAN,
        JOSEPH F. BIANCO,
        MICHAEL H. PARK,
        WILLIAM J. NARDINI,
        STEVEN J. MENASHI,
        EUNICE C. LEE,
        BETH ROBINSON,
        MYRNA PÉREZ,
        ALISON J. NATHAN,
        SARAH A. L. MERRIAM,
        MARIA ARAÚJO KAHN,
           *Circuit Judges.*

_____

Docket Nos. 16-4107(L), 19-3773(Con), 19-3790(Con), 19-3807(Con), 19-3813(Con), 19-3899(Con)

_____

DEREK COOK, CHAD EDWARDS, BRIAN LATULIPE, ANSON EDWARDS, BRYAN HERNE, KAIENTANORON L. SWAMP,

            *Petitioners-Appellants,*

v.

UNITED STATES OF AMERICA

*Respondent-Appellee.*

| | |
|---|---|
| For Petitioners-Appellants: | James P. Egan, Assistant Federal Public Defender, Office of the Federal Public Defender, Syracuse, NY. |
| For Respondent-Appellee: | Michael F. Perry, Carina H. Schoenberger, Assistant United States Attorneys, *for* Carla B. Freedman, United States Attorney for the Northern District of New York, Syracuse, NY. |

Following disposition of the appeal in this case on October 16, 2023, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, rehearing *en banc* is hereby **DENIED**.

Raymond J. Lohier, Jr., *Circuit Judge*, joined by Myrna Pérez, *Circuit Judge*, concurs by opinion in the denial of rehearing *en banc*.

Richard J. Sullivan, *Circuit Judge*, joined by Debra Ann Livingston, *Chief Judge*, and Joseph F. Bianco, Michael H. Park, William J. Nardini, and Steven J. Menashi, *Circuit Judges*, concurs by opinion in the denial of rehearing *en banc*.

Alison J. Nathan, *Circuit Judge*, concurs by opinion in the denial of rehearing *en banc*.

Beth Robinson, *Circuit Judge*, joined by Eunice C. Lee and Sarah A. L. Merriam, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

